```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------------X  ELECTRONICALLY FILED
  CHRISTOPHER HIRAM CANO,              :         DOC #:
                                       :         DATE FILED: 1/16/2020
                          Plaintiff,   :
                                       :         19 Civ. 1640 (LGS)
              -against-                :
                                       :         ORDER
                                       :
  CITY OF NEW YORK, et al.,            :
                          Defendants.  :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

The Clerk of Court is respectfully directed (1) to change Plaintiff's address on the docket to the below and (2) to mail copies of the Orders at Dkt. Nos. 32 and 49 to Plaintiff at the below address:

Christopher Hiram Cano
Mid-Hudson Forensic Psychiatric Center
2834 Route 17M, Ward 22
New Hampton, New York 10958-0158

SO ORDERED.

Dated: January 16, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE