```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  CHRISTOPHER HIRAM CANO,                       :
                                                :
                         Plaintiff,             :
                                                :         19 Civ. 1640 (LGS)
                 -against-                      :
                                                :         ORDER
                                                :
  CITY OF NEW YORK, et al.,                     :
                         Defendants.            :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 6, 2020, Defendants filed a letter motion to file their August 6, 2020, status letter under seal (Dkt. No. 84), and a separate letting motion requesting a renewal of the three-month stay in the case (Dkt. No. 85).  It is hereby

**ORDERED** that the August 6, 2020, status letter and letter motion at Dkt. No. 85 shall be filed under seal.  Only Christopher Hiram Cano, Nicolette Pellegrino, the City of New York, New York City Health and Hospitals Corporation, Correctional Officers Chisolm, Santiago, Murray, and Captains Robinson and Charles shall have access to Dkt. No. 85.  It is further

**ORDERED** that Defendants' request to renew the stay for an additional three months is **GRANTED**.  The parties shall continue to submit a joint status letter every thirty days, following the most recent August 6, 2020, status letter.  The letters shall update the Court on (1) the status of the ruling concerning the Notification of Fitness to Proceed, (2) Plaintiff's scheduled criminal court appearances, and other relevant matters.  It is further

**ORDERED** that if, at any point during the next three months, Plaintiff is deemed mentally competent and fit to proceed by the state criminal court, Defendants shall immediately inform the Court, with an explanation of why the stay should or should not be lifted.

The Clerk of Court is respectfully directed to close the motions at Docket Nos. 84 and 85, to mail a copy of this Order to pro se Plaintiff and replace the address on the docket with the following:

    Christopher Hiram Cano
    Rose M. Singer Center
    19-19 Hazen Street
    East Elmhurst, New York 11370

Dated: August 7, 2020
       New York, New York

                                               **LORNA G. SCHOFIELD**
                                               **UNITED STATES DISTRICT JUDGE**