

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **NICOLETTE PELLEGRINO**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2338<br>Fax: (212) 356-3509<br>Email: npellegr@law.nyc.gov |

### REQUEST TO FILE UNDER SEAL

January 8, 2021

VIA E.C.F.
Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    Christopher Hiram Cano v. City of New York, et al.,
                19 Civ. 1640 (LGS)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney representing defendants City of New York, New York City Health and Hospitals, New York City Department of Correction ("DOC") Captains Charles and Robinson, and DOC Officers Chisolm and Santiago (collectively, "Defendants") in the above-referenced matter.[1] Defendants write to respectfully request that the Defendants be permitted to file their anticipated January 8, 2021 status letter under seal because it discusses matters and documents which have been explicitly protected from disclosure by the Court's September 26, 2019 Stipulation of Confidentiality and Protective Order (hereinafter, "Protective Order") and also concerns other private and/or confidential matters concerning Plaintiff. (See Dkt. No. 37 at ¶ 2(f).)

      By way of background, Plaintiff was scheduled to be deposed by Defendants at the Manhattan Detention Complex on October 31, 2019. However, on October 29, 2019, the Defendants learned that Plaintiff was discharged from DOC custody into the custody of New York State. (See Dkt. Nos. 44, 45.)

---

[1] Upon information and belief, DOC Officer Murray has not been served with process and, thus, is not yet a proper party to this action.

Upon information and belief, on November 8, 2019, former Assistant Corporation Counsel Samantha J. Pallini provided the Court, under seal, with an update regarding the Plaintiff's custody status and relevant criminal case, which are confidential pursuant to HIPAA and the Protective Order. Pursuant to the Protective Order, "[a]ny records unsealed as a result of Plaintiff's properly executed authorization for the unsealing of records pursuant to New York Criminal Procedure Law §§ 160.50 and 160.55, particularly pertaining to Bronx Supreme Court Indictment No. 02396/2016[,]" are to be designated confidential materials and protected from disclosure to third parties, except those persons listed in paragraph 5. (See Dkt. No. 37 at ¶ 2(f).)

Here, the contents of the Defendants' anticipated January 8, 2021 status letter concern the Plaintiff's custody status and certain disclosure on the public docket may violate HIPAA. In addition, the information contained in the Defendants' anticipated status letter also directly relates to Plaintiff's Bronx Supreme Court Indictment No. 02396/2016, which includes records that are not publicly available and which are protected by the Protective Order.

Accordingly, the Defendants' anticipated filing contains confidential information, and the Defendants respectfully request the Court's permission to file the Defendants' anticipated January 8, 2021 status letter under seal.[2]

The Defendants thank the Court for its consideration.

Respectfully submitted,

/s/ _Nicolette Pellegrino_
Nicolette Pellegrino
*Assistant Corporation Counsel*
Special Federal Litigation Division

CC: VIA FIRST CLASS MAIL
Christopher Hiram Cano
George R. Vierno Center
09-09 Hazen Street
The Bronx, New York 11370

The application is GRANTED. The January 8, 2021, status letter at Docket No. 102 shall be filed under seal. Only Christopher Hiram Cano, Nicolette Pellegrino, the City of New York, the New York City Health and Hospitals Corporation, Correctional Officers Chisolm, Santiago, Murray, and Captains Robinson and Charles shall have access to the letter at Docket No. 102. The parties shall continue to submit joint status letters every thirty days. The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff and close the docket entry at No. 101. SO ORDERED

Dated: January 11, 2021
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**