UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
CHRISTOPHER HIRAM CANO,                                      :
                                Plaintiff,                   :
                                                             :      19 Civ. 1640 (LGS)
                -against-                                    :
                                                             :      ORDER
CORRECTIONAL OFFICER CHISOLM et al.,                         :
                                Defendants.                  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this action has been stayed pending evaluations of Plaintiff's mental competency in connection with Plaintiff's criminal case in state court.

WHEREAS, on March 15, 2022, Plaintiff filed two letters regarding his pending cases in federal court, in which he stated that he is still awaiting a jury trial. It is hereby

**ORDERED** that by **March 23, 2022**, Defendants shall file a response to Plaintiff's letters as they pertain to this case and include a statement of Defendants' position on whether the stay in this case should be lifted and the reason.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

Dated: March 16, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE