

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **NICOLETTE PELLEGRINO**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2338<br>Fax: (212) 356-3509<br>Email: npellegr@law.nyc.gov |

### REQUEST TO FILE UNDER SEAL

June 23, 2022

VIA E.C.F.
Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>Christopher Hiram Cano v. City of New York, et al.</u>,
               19 Civ. 1640 (LGS)

Your Honor:

        I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney representing defendants City of New York, New York City Health and Hospitals, New York City Department of Correction ("DOC") Captains Charles and Robinson, and DOC Officers Chisolm and Santiago (collectively, "Defendants") in the above-referenced matter.[1] Defendants write to respectfully request that the Defendants be permitted to file their anticipated June 23, 2022 letter application under seal because it discusses matters and documents which have been explicitly protected from disclosure by the Court's September 26, 2019 Stipulation of Confidentiality and Protective Order (hereinafter, "Protective Order") and also concerns other private and/or confidential matters concerning Plaintiff. (<u>See</u> Dkt. No. 37 at ¶ 2(f).)

        By way of background, Plaintiff was scheduled to be deposed by Defendants at the Manhattan Detention Complex on October 31, 2019. However, on October 29, 2019, the Defendants learned that Plaintiff was discharged from DOC custody into the custody of New York State. (<u>See</u> Dkt. Nos. 44, 45.)

---

[1] Upon information and belief, DOC Officer Murray has not been served with process and, thus, is not yet a proper party to this action.

Upon information and belief, on November 8, 2019, former Assistant Corporation Counsel Samantha J. Pallini provided the Court, under seal, with an update with respect to the Plaintiff's custody status and relevant criminal case, which are confidential pursuant to HIPAA and the Protective Order. Pursuant to the Protective Order, "[a]ny records unsealed as a result of Plaintiff's properly executed authorization for the unsealing of records pursuant to New York Criminal Procedure Law §§ 160.50 and 160.55, particularly pertaining to Bronx Supreme Court Indictment No. 02396/2016[,]" are to be designated confidential materials and protected from disclosure to third parties, except those persons listed in paragraph 5. (See Dkt. No. 37 at ¶ 2(f).)

Here, the contents of the Defendants' anticipated June 23, 2022 letter application concerns the Plaintiff's custody status and certain disclosure on the public docket may violate HIPAA.

Accordingly, the Defendants' anticipated filing contains confidential information, and the Defendants respectfully request the Court's permission to file the Defendants' anticipated June 23, 2022 letter application under seal.[2]

The Defendants thank the Court for its consideration.

CC:  VIA FIRST CLASS MAIL[3]

Christopher Hiram Cano
Book & Case No. 8952100260
George R. Vierno Center
09-09 Hazen Street
Bronx, New York 11370

Respectfully submitted,

__/s/__ *Nicolette Pellegrino*__
Nicolette Pellegrino
*Assistant Corporation Counsel*
Special Federal Litigation Division

The application to seal is **GRANTED**.  The status letter at Docket No. 150 shall remain under seal.  Only Christopher Hiram Cano, Nicolette Pellegrino, the City of New York, the New York City Health and Hospitals Corporation, Correctional Officers Chisolm, Santiago, Murray, and Captains Robinson and Charles shall have access to the letter at Docket No. 150 and subsequently filed status letters.  Having shown good cause, Defendants' motion for an extension of the stay is **GRANTED**.  The stay is extended to **September 22, 2022**.  If Defendants' have relevant updates affecting this action prior to September 22, 2022, they shall immediately file a status letter informing the Court of such updates.  The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff and to close the motions at Docket Nos. 149 and 150.

Dated: June 24, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

---

[2] The Defendants will file their anticipated June 23, 2022 letter application under seal through the ECF system subsequent to filing their instant request.

[3] Upon information and belief, Plaintiff is currently located at the George R. Vierno Center.