

**WORLD** | **W.E.M.O. Administration**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 DEC 12 PM 3:30

Christopher Hiram,, Cano", Plaintiff,

vs.

City of New York, et al., Defendants

<u>NOTICE OF MOTION TO CONTINUE FEDERAL ACTION</u>

19 Civ. 1640 (LGS)
Et Al.

PLEASE TAKE NOTICE, that upon the annexed affidavit of Christopher Hiram,,Cano" duly affirmed the 16th day of October, 2022, an application will be made to the United States District Court, Southern District of New York thereof at the Courthouse located at 500 Pearl Street, New York, NY 10007, on the 21st day of December 2022 at 9:30 O'clock in the forenoon of that day or as soon thereafter as Plaintiff can be heard for an order to Continue the above numbered Federal action and the other Federal actions affected by this stay, affording the Plaintiff the right to move the stay of all her Federal lawsuits against the named defendants therein so that Plaintiff can freely litigate her cases.

WE THE PEOPLE,

*Christopher Hiram,, Cano", Sui Juris*
**Private Attorney General**
**TrapGoDConstitutionalist**
***All Rights Reserved, Droit-Droit***
1st Amendment "Under Protest" "Without Prejudice"

U.C.C. 1-308



TRAPGODVERSION/2019