UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CHRISTOPHER HIRAM CANO,<br><br>                    Plaintiff,<br><br>-against-<br><br>CORRECTION OFFICER CHISOLM, CAPTAIN ROBINSON, CAPTAIN CHARLES, CORRECTION OFFICER SANTIAGO, CORRECTION OFFICER MURRAY, CITY OF NEW YORK, and NEW YORK CITY HEALTH AND HOSPITALS CORPORATION,<br><br>                    Defendants. | **ORDER TO PRODUCE INMATE FOR DEPOSITION**<br><br>19 Civ. 1640 (LGS) |

**THE HONORABLE LORNA G. SCHOFIELD, UNITED STATES DISTRICT JUDGE:**

Upon the application of Defendants for leave to take the deposition of Plaintiff Christopher Hiram Cano, an inmate within Rikers Island Jail, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED** that the Superintendent or other official in charge of Rikers Island Jail produce inmate Christopher Hiram Cano, Book and Case No. 8952200296, at a location within the facility for the taking of her deposition by video teleconference on **March 23, 2023, commencing at 10:00 a.m.**, and for so long thereafter as the deposition continues, and that Plaintiff appear in such place as designated by the Superintendent or other official in charge of Rikers Island Jail, so that her deposition may be taken.

Dated: March __7__, 2023
       New York, New York

                              **SO ORDERED.**

                              _____
                              **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**