**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
CHRISTOPHER CANO,  :
 :
          Plaintiff,  :  19-CV-1640 (LGS) (OTW)
 :
          -against-  :  **ORDER**
 :
CITY OF NEW YORK, et al.,  :
 :
          Defendants.  :
 :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

    Defendants' request with *pro se* Plaintiff's consent to adjourn the telephonic Pre-Settlement Conference Scheduling Call scheduled for May 4, 2023, is **GRANTED**. The Pre-Settlement Conference Scheduling Call is adjourned to **May 9, 2023, at 12:30 p.m.** The dial in information is (866) 390-1828, access code 1582687.

    The Clerk of Court is respectfully directed to serve a copy of this order on *pro se* Plaintiff.

    **SO ORDERED.**

                                                                *s/ Ona T. Wang*

Dated: April 26, 2023                          **Ona T. Wang**
      New York, New York             United States Magistrate Judge