**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
CHRISTOPHER CANO,  :
   :
              Plaintiff,  :    19-CV-1640 (LGS) (OTW)
   :
             -against-  :  **ORDER**
   :
CITY OF NEW YORK, et al.,  :
   :
             Defendants.  :
   :
   :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will have a Pre-Settlement Conference Scheduling Call on **June 20, 2023, at 2:30 p.m.** The dial in information is (866) 390-1828, access code 1582687.

**IT IS HEREBY ORDERED** that the Superintendent or other official in charge of Rikers Island Jail produce inmate Christopher Hiram Cano, Book and Case No. 8952200296, at a location within the facility with a reasonable degree of privacy to enable her to participate in a court conference through means of a teleconference from the facility to the United States Courthouse, Southern District of New York, on **June 20, 2023, at 2:30 p.m. until completion.** At the date and time set forth herein, counsel for the Defendants shall place the call to the facility from the Courthouse. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0260.

Counsel for Defendants must (1) transmit this Order to the Warden forthwith and (2) contact the George R. Vierno Center (GRVC) forthwith to arrange the call and to determine the telephone number at which the plaintiff will be reachable at the above time and date.

Counsel for Defendants must promptly mail a copy of this Order to Plaintiff and file proof of service by **May 24, 2023**.

**SO ORDERED.**

Dated: May 17, 2023
 New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge