UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER HIRAM CANO,  :
                    Plaintiff,  :
                                    :                 19 Civ. 1640 (LGS)
          -against-  :
                                    :                   ORDER
CORRECTION OFFICER CHISOLM, et al.,  :
                    Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order issued July 5, 2023, directed Defendants to file a letter providing the last known contact information for Corrections Officer Ashley Murray, a Defendant in this case who has not yet been served.

      WHEREAS, on July 12, 2023, Defendants filed a letter with the relevant information. On July 12, 2023, Defendants also filed a pre-motion letter regarding a contemplated motion for summary judgment.  It is hereby

      **ORDERED** that a briefing schedule regarding Defendants' motion for summary judgment will be entered following resolution of service of Defendant Murray.

      The U.S. Marshals are respectfully directed to effectuate service on Defendant Murray in accordance with the contact information given in Dkt. No. 179.

Dated: July 14, 2023
       New York, New York

                                                                **LORNA G. SCHOFIELD**
                                                          **UNITED STATES DISTRICT JUDGE**