UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER HIRAM CANO,<br><br>         Plaintiff,<br><br>    -against-<br><br>CORRECTIONAL OFFICER CHISOLM, et al.,<br><br>         Defendants. | 19-CV-01640 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  This case has been reassigned to the undersigned. By Monday, August 21, 2023, defendants are ORDERED to file on ECF a joint letter, not to exceed three (3) pages, updating the Court on the status of the case, including the attempt to effectuate service on Defendant Murray. *See* ECF No. 181.

  SO ORDERED.

Dated: August 15, 2023
    New York, New York

                 _____
                 ARUN SUBRAMANIAN
                 United States District Judge