UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTOPHER HIRAM CANO,

                    Plaintiff,

        -against-

CORRECTION OFFICER CHISOLM, et al.,

                  Defendants.
-------------------------------------------------------------X

19 Civ. 1640 (AS)

ORDER OF SERVICE

ARUN SUBRAMANIAN, United States District Judge:

      On July 14, 2023, this Court directed the U.S. Marshals to effectuate service on Defendant Murray in accordance with the contact information given in ECF No. 179. *See* ECF No. 181. On August 18, 2023, this Court learned that service had yet to be made.

      The U.S. Marshals are respectfully directed to effectuate service on Defendant Murray in accordance with the contact information given in Dkt. No. 179.

Dated: September 6, 2023
       New York, New York

                                                    ARUN SUBRAMANIAN
                                               United States District Judge