UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER HIRAM CANO,<br><br>                              Plaintiff,<br><br>            -against-<br><br>CORRECTIONAL OFFICER CHISOLM, *et al.*,<br><br>                              Defendants. | 19-CV-1640 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Defendants in this case previously filed a pre-motion letter indicating their intent to move for summary judgment. Dkt. 180. In response, this Court stated that a briefing schedule regarding the motion would be entered following resolution of service of Defendant Murray. Dkt. 181. On November 13, 2023, the Marshals indicated that they made two attempts but were unable to serve Defendant Murray. Dkt. 190. One the second try, a woman at the address answered and stated that she was not Defendant Murray. *Id.*

By December 11, 2023, Defendants should inform the Court whether they have any other address for Defendant Murray or any other contact information.

In addition, the Court finds that litigation of this matter should proceed as to all other Defendants. Both parties should file their motions for summary judgment (if any) by January 8, 2024, with responses due January 22, and replies due January 29.

SO ORDERED.

Dated: December 7, 2023
       New York, New York

                                                          _____
                                                          ARUN SUBRAMANIAN
                                                          United States District Judge