UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER HIRAM CANO,

                          Plaintiff,

                -against-

CORRECTIONAL OFFICER CHISOLM, *et al.*,

                         Defendants.

19-CV-1640 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

    By March 1, 2024, defendants should submit a status letter to the Court indicating whether plaintiff has received their summary judgment motion papers.

    SO ORDERED.

Dated: February 28, 2024
       New York, New York

                                              ARUN SUBRAMANIAN
                                            United States District Judge