UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER HIRAM CANO,

                              Plaintiff,

            -against-                                    19-CV-1640 (AS)

CORRECTIONAL OFFICER CHISOLM, *et*                        ORDER
*al.*,

                              Defendants.

ARUN SUBRAMANIAN, United States District Judge:

        Defendants have informed the Court that Plaintiff Christopher Hiram Cano has requested

that this case be stayed because of the possibility of a 730 Order in her ongoing criminal cases.

Dkt. 207. If Plaintiff prefers to proceed with summary-judgment briefing, Plaintiff **must inform**

**the Court by March 22, 2024.** Otherwise, the Court will stay this case until it is informed that the

730 Order issue is resolved.

        SO ORDERED.

Dated:  March 4, 2024
        New York, New York

                                          _____
                                              ARUN SUBRAMANIAN
                                            United States District Judge