UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER HIRAM CANO,<br><br>                    Plaintiff,<br><br>            -against-<br><br>CORRECTIONAL OFFICER CHISOLM, *et al.*,<br><br>                    Defendants. | 19-CV-1640 (AS)<br><br>ORDER OF SERVICE |

ARUN SUBRAMANIAN, United States District Judge:

    The U.S. Marshals are respectfully directed to effectuate service on Defendant Murray in accordance with the contact information for the New York City Department of Correction given in Dkt. 210.

    SO ORDERED.

Dated: March 13, 2024
       New York, New York

                              ARUN SUBRAMANIAN
                              United States District Judge