UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER HIRAM CANO,

                Plaintiff,

-against-

CORRECTIONAL OFFICER CHISOLM, *et al.*,

                Defendants.

19-CV-1640 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

    As discussed in the order at Dkt. 209, the Court has been informed that Plaintiff Christopher Hiram Cano has requested that this case be stayed because of the possibility of a 730 Order in an ongoing criminal case. The Court ordered Plaintiff to inform the Court by March 22, 2024, if Plaintiff instead preferred to proceed with this case. Dkt. 209. The Court has not received any communication from Plaintiff. As such, this case is STAYED until the 730 Order is resolved. Defendants are ORDERED to update the Court **on the first (week) day of every month and within 7 days of the 730 Order being resolved**. If, at any point, Plaintiff would like to proceed with this matter, Plaintiff can write the Court a letter requesting that the stay be lifted.

    The Clerk of Court is directed to STAY this case.

SO ORDERED.

Dated: March 26, 2024
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge