UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER HIRAM CANO,<br><br>                    Plaintiff,<br><br>         -against-<br><br>CORRECTIONAL OFFICER CHISOLM, *et al.*,<br><br>                    Defendants. | 19-CV-1640 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Defendants should meet and confer with Plaintiff and by Monday, June 24, 2024, at 5:00 PM, provide an update to the Court on the outcome of the 730 Order and whether this case should remain stayed.

    SO ORDERED.

Dated: June 18, 2024
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge