UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER HIRAM CANO,<br><br>                Plaintiff,<br><br>-against-<br><br>CORRECTIONAL OFFICER CHISOLM et al.,<br><br>                Defendants. | 19-cv-1640 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Pursuant to the Court's August 27, 2024 Order, Dkt. 236, a remote status conference is currently scheduled for September 13, 2024 at 11:00 AM. That Order listed incorrect dial-in information. The parties are hereby advised that they should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 358 409 751, followed by the pound (#) sign.

    SO ORDERED.

Dated: September 5, 2024
       New York, New York

                                                  ARUN SUBRAMANIAN
                                            United States District Judge