UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER HIRAM CANO,

                            Plaintiff,

        -against-

CORRECTIONAL OFFICER CHISOLM;
CAPTAIN ROBINSON; CAPTAIN
CHARLES; CORRECTIONAL OFFICER
SANTIAGO; CORRECTIONAL OFFICER
MURRAY; NEW YORK CITY
DEPARTMENT OF CORRECTIONS; THE
CITY OF NEW YORK; NEW YORK CITY
HEALTH AND HOSPITALS
CORPORATION,

                            Defendants.

19-cv-1640 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On September 10, 2024, defendants informed the Court that plaintiff was released from New York State Department of Corrections custody on parole. Plaintiff is hereby ORDERED to provide the Court and defendants with her new address. Additionally, the parties are ORDERED to appear for a remote status conference on November 13, 2024, at 11:00 AM. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **154 551 248** followed by the pound (#) sign.

Defendants should make their best efforts to locate and serve this order on plaintiff.

SO ORDERED.

Dated: September 13, 2024
       New York, New York

                                    _____
                                    ARUN SUBRAMANIAN
                                    United States District Judge