UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER HIRAM CANO,<br><br>       Plaintiff,<br><br>    -against-<br><br>CORRECTIONAL OFFICER CHISOLM; CAPTAIN ROBINSON; CAPTAIN CHARLES; CORRECTIONAL OFFICER SANTIAGO; CORRECTIONAL OFFICER MURRAY; THE CITY OF NEW YORK; and NEW YORK CITY HEALTH AND HOSPITALS CORPORATION,<br><br>       Defendants. | 19-cv-1640 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Plaintiff Christopher Cano is hereby reminded that pursuant to the Court's November 13, 2024 Order, ECF No. 242, if Cano does not file a letter by February 27, 2025, indicating a desire to proceed with this case, it will be dismissed for lack of prosecution.

  Defendants are hereby ordered to serve a copy of this order on Cano by certified mail and file proof of service on the docket.

  SO ORDERED.

Dated: February 4, 2025
    New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge